UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH LANARR McINTOSH, SR., CDCR #AU-3829,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SHERIFF'S DEP'T; PIERSON; WEISHAAR JWEISHSH; DANIEL PEARCE; McHENRY MmCHENSH; R. MARTINEZ,<br><br>Defendants. | Case No. 17-CV-946 JLS (PCL)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915A(b) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

Nehemiah McIntosh ("Plaintiff"), while housed at the California Institution for Men located in Chino, California, and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983, (ECF No. 1).

**I.     Procedural History**

On May 5, 2017, Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, along with a Motion to Proceed *in forma pauperis* ("IFP") and a Motion to Appoint Counsel. (ECF Nos. 1, 2, 3.) The Court granted Plaintiff's Motion to Proceed IFP, denied his Motion to Appoint Counsel and dismissed his Complaint for failing to state a claim upon which relief could be granted. (ECF No. 6.) Plaintiff was given forty-five (45) days

leave to file an amended pleading in order to correct the deficiencies of pleading identified in the Court's Order. (*Id.*)

However, instead of filing an amended complaint, Plaintiff filed a "Motion for Order to Provide Plaintiff with a copy of Exhibits." (ECF No. 8.) On January 25, 2018, the Court granted Plaintiff's request for copies and *sua sponte* granted him an additional forty-five (45) days to file his amended pleading. (ECF No. 11.)

That time has since passed and Plaintiff's Amended Complaint was due on or about March 12, 2018. But to date, Plaintiff has failed to file an Amended Complaint. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) in compliance with the Court's September 28, 2017 and January 25, 2018 Orders, (ECF Nos. 6, 11).

The Court further **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: May 3, 2018

Hon. Janis L. Sammartino
United States District Judge