

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nehemiah Lanarr Mc-Intosh, SR | Civil Action No. 17cv0946-JLS-PCL |
| **Plaintiff,** V. | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) in compliance with the Court's September 28, 2017 and January 25, 2018 Orders.

Date: 5/3/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

M. Lozano, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  17cv0946-JLS-PCL

San Diego County Sheriffs Department;  N/A Pierson, Prisoner Transportation Detail (PTD); Weishaar Jweishsh, (ARJIS #0443) San Diego Sheriff Deputy "Sargent"; Daniel Pearce (ARJIS #1828) Prisoner Transportation Detail (PTD) "Sargent";  Unknow (ARJIS #3122) San Diego Sheriff Deputy; Unknow San Diego Sheriff Deputy; McHenry MMchensh, (ARJIS #6955) San Diego Sheriff Deputy; R. Martinez, (ARJIS #3513) San Diego Sheriff Deputy "Sargent"